## STATEMENT OF FACTS IN SUPPORT OF A COMPLAINT

Leading up to November 15, 2012, Metropolitan Police Department Detective Timothy Palchak was acting in an undercover capacity as part of a multi-jurisdictional MPD/FBI Child Exploitation Task Force.  Detective Palchak (hereinafter referred to as "Affiant") was operating out of a satellite office in Washington, D.C. In that capacity, the Affiant previously registered an ad on Craigslist for the purpose of investigating child exploitation violations.

On November 15, 2012, the affiant created an ad on Craigslist in the casual encounter section.  The ad read, "I am a 42 year old taboo dad in the DC area looking to meet likeminded people for chat and possible hook ups. Discreet only, 100% real here, no limits. Put perv in the header so I know you're real".

On November 15, 2012, at approximately, 11:01am an individual using the Yahoo email name, leebern88@yahoo.com ("leebern")responded to the ad via email stating, "Also a dad....love to chat sometime".  The affiant responded to the leebern88 message and began communicating with him via email and Yahoo Instant Messenger.  During the course of the chat, leebern88@yahoo.com, who was later identified as BENJAMIN MAES, stated that he was married with a 7 year-old daughter.  BENJAMIN MAES informed the affiant that he had pictures of his daughter.  BENJAMIN MAES sent the affiant a clothed picture of a girl that appeared to be 7 years of age.

The affiant informed BENJAMIN MAES that he was sexually active with his purported 12 year-old daughter.  BENJAMIN MAES asked the affiant for pictures of his daughter.  The affiant sent BENJAMIN MAES fictitious pictures of his purported 12 years-old daughter. BENJAMIN MAES sent the affiant approximately six images of his 7 year-old daughter.  One of the images depicted a girl that appeared to be 7 years-old lying on the floor with nothing on but a pair of panties.  A data image tool revealed that this image was taken on November 12, 2012, at 5:25 pm.  The tool revealed that this photo was taken with a Motorola Droid Razor.

On November 15, 2012, the affiant asked BENJAMIN MAES, "What is the most you have done with her". BENJAMIN MAES responded, "fingers that about if little rubbing".

On Wednesday November 28, 2012, BENJAMIN MAES emailed the affiant using the Yahoo name, "jwiggins81". During the course of the email conversation BENJAMIN MAES sent 2 clothed images of his purported 7 year-old daughter. These pictures were of the same girl that was sent by BENJAMIN MAES when he was using the leebern account. BENJAMIN MAES also sent an image depicting a prepubescent girl sitting with her legs slightly spread pulling her panties to the side exposing her bare vagina.

On November 29, 2012, BENJAMIN MAES emailed the affiant an image to the affiant depicting a female child nude with an adult male hand spreading her buttocks exposing the child's nude anus. The affiant asked BENJAMIN MAES if he could hold up 2 fingers next to the child to prove that he really had a daughter. BENJAMIN MAES sent the affiant an image of a male holding up 2 fingers in front of a clothed prepubescent child. The data image tool revealed that the picture was taken with a Motorola Razor on November 29, 2012 near the time of the request.

On November 29, 2012, BENJAMIN MAES sent another image of a prepubescent girl with her hand wrapped around an adult penis. The image data recovery revealed that the image was taken with a Motorola Droid Razor on November 10, 2012. During the course of the chat BENJAMIN MAES requested that the affiant send him pornographic images of his purported daughter.

On November 30, 2012, in response to an administrative subpoena to Yahoo! for account information related to jwiggens81@yahoo.com information revealed that the account was created on November 28, 2012 from IP address 70.192.16.91 with a display name of Jeff Wiggens and address information that listed only a zip code of 23185, which is a Williamsburg, VA zip code. The IP log history for the account revealed that the account had been accessed multiple times on 11/28/2012 and 11/29/2012 from two different IP addresses, 70.192.1.103 and 70.192.16.91 both of which are Verizon Wireless. The log only covered IP history on November 29, 2012 up until 6:39am EST and did not show more recent history.

On November 30, 2012, in response to an administrative subpoena to Verizon Wireless for account info resolved to IP address 70.192.30.92 on 11/29/2012 at 1:29pm EST and IP address 70.192.16.102 on November 29, 2012 at 3:12pm EST, both of which correspond to emails sent to the UC from jwiggens@yahoo.com, revealed that these IP addresses are Natting IP addresses which act as gateway addresses that up to 200 different mobile devices could access at any particular date and time. Thus, the response included two different lists with approximately 400 different mobile device numbers that were accessing these two IP addresses at these specific times, with only one mobile device number being included in both IP address listings, pinpointing that device as the subject device. The mobile number for this device was 757-469-5714 which is a Williamsburg VA number. An additional administrative subpoena was then sent to Verizon Wireless requesting subscriber information for this mobile number and revealed that the subscriber is Benjamin Maes, 774 Plain Rd, Hinsdale, NH 03451.

According to public records checks, Benjamin Maes and his wife, Rebekah Maes, also own a home in Williamsburg, VA at 1686 Skiffes Creek Cir, Williamsburg, VA but are not currently listed as residents there. According to public records, they purchased the 774 Plain Rd, Hinsdale, NH address in May 2011 and are both currently listed as residents there.

On November 30, 2012, law enforcement officials in New Hampshire located MAES'S Facebook account. Upon review, they identified photographs of an adult male along with a small child. Law enforcement officials in New Hampshire compared the clean pictures of the child that were sent to the affiant by BENJAMEN MAES to the photographs of the little girl which was posted on MAES's Facebook and positively identified the little girl as the same girl who was depicted in the photographs sent to the affiant by MAES. Further, law enforcement officials compared the pictures of the adult male which was posted on MAES's Facebook to a photograph obtained by law enforcement of BENJAMEN MAES and positively identified the Facebook photos as BENJAMEN MAES.

Based on the foregoing, Your Affiant believes that there is probable cause to believe that between on or about November 15, 2012 and November 29, 2012, within the District of Columbia and elsewhere; BENJAMIN MAES knowingly distributed child pornography, in violation of Title 18, United States Code, Section 2252(a) (2).

DETECTIVE TIMOTHY PALCHAK
Detective, Metropolitan Police Department

Sworn and subscribed to before me this ___ day of November 2012

United States Magistrate Judge